IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD ALLEN,<br>         **Plaintiff** | No. 3:17cv561 |
| v. | (Judge Munley) |
| USAA SAVINGS BANK,<br>         **Defendant** | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER OF DISMISSAL

Upon notice to the Court by the mediator that this case is settled, it is hereby ordered that this case is dismissed without costs. The parties will have sixty (60) days in which to consummate the settlement.

BY THE COURT:

Date: 4/25/18

_____
JUDGE JAMES M. MUNLEY
United States District Court